IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRANCE WILLIAMS, et.al.                                                    PLAINTIFFS

Vs.                              CASE NO. 5:14-cv-00040-KGB

STANT USA CORP, et al                                                        DEFENDANTS

## ORDER CONTINUING SETTLEMENT CONFERENCE

Due to inclement weather and poor road conditions, the settlement conference scheduled for February 25, 2015, is continued, to be reset by separate order.

IT IS SO ORDERED this 24th day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE