IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRANCE WILLIAMS
AND JOYCE MULLEN                                                                      PLAINTIFFS

v.                        Case No. 5:14-cv-00040-KGB

STANT USA CORP.
AND FRANKIE HART                                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this date, judgment is entered in favor of defendants Stant USA Corp. and Frankie Hart on plaintiff Terrance Williams's claims.  The Court dismisses Mr. Williams's claims with prejudice and denies his request for relief.

SO ADJUDGED this the 30th day of September, 2015.

_____
Kristine G. Baker
United States District Judge